1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAMONT GARNER KARRIEM, | ) Case No. 5:21-cv-01145-GW (JDE) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATION OF |
| COUNTY OF RIVERSIDE, et al., | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Plaintiff Lamont Garner Karriem ("Plaintiff"); Plaintiff's Request to Proceed In Forma Pauperis (Dkt. 2, "IFP Request"); the operative First Amended Complaint (Dkt. 5, "FAC"); the Report and Recommendation issued by the Magistrate Judge (Dkt. 8, "Report"); and the Objections to the Report filed by Plaintiff (Dkt. 9). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

As a result, IT IS HEREBY ORDERED that:

1.    Plaintiff's IFP Request (Dkt. 2) is DENIED;

2.     The federal claims asserted in the FAC (Claims One through Six)
       are DISMISSED with prejudice and the remaining state law
       claims in the FAC (Claims Seven through Ten) are DISMISSED
       without prejudice to being reasserted in state court; and

3.     Judgment shall be entered dismissing this action accordingly.

IT IS SO ORDERED.

Dated: October 13, 2021_____           _____

                                       GEORGE H. WU
                                       United States District Judge

2