JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAMONT GARNER KARRIEM,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. 5:21-cv-01145-GW (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is DISMISSED, with Claims One though Six in the operative First Amended Complaint dismissed with prejudice, and the remaining state law claims, Claims Seven through Ten in the First Amended Complaint, dismissed without prejudice to being reasserted in state court.

Dated: October 13, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　United States District Judge